**STATE of Missouri, Respondent,**

v.

**William TOOMBS, Appellant.**

**No. WD 62227.**

Missouri Court of Appeals, Western District.

Nov. 18, 2003.

Vanessa Caleb, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City John Munson Morris, Breck Burgess, Office of Attorney General, Jefferson City, for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

William Toombs appeals the circuit court's judgment convicting him of the class D felony of driving while intoxicated and the class B misdemeanor of careless and imprudent driving. We affirm. Rule 30.25(b).